ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| NuGate Group, LLC | ) ASBCA No. 63274-ADR |
| | ) |
| Under Contract No. W911S8-19-D-0005 | ) |

APPEARANCES FOR THE APPELLANT:     Zachary F. Jacobson, Esq.
  Seyfarth Shaw LLP
  San Francisco, CA

  Adam Lasky, Esq.
  Seyfarth Shaw LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
  Army Chief Trial Attorney
  MAJ Brandon P. Mark, JA
  MAJ Philip L. Aubart, JA
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 2, 2024

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63274-ADR, Appeal of NuGate Group, LLC, rendered in conformance with the Board's Charter.

Dated:  October 3, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals